United States District Court
Southern District of Texas
**ENTERED**
October 26, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNIVERSAL TRUCKLOAD, INC. §<br>  Plaintiff, §<br>§<br>vs. §<br>§<br>DALTON LOGISTICS, INC., ET. AL. §<br>§<br>§<br>  Defendants. § | CIVIL ACTION NO. 4:15-cv-01651 |

## AGREED FINAL JUDGMENT AGAINST DALTON LOGISTICS, INC.

This is an Agreed Final Judgment against Defendant Dalton Logistics, Inc. ("Dalton") and in favor of Defendant Hess Corporation ("Hess"). Defendants Dalton and Hess executed an Agreed Stipulation of Judgment to resolve the cross-claim between the parties and entered into this Agreed Final Judgment:

1. Agreed Final Judgment is entered against Dalton and in favor of Hess for $375,000.00 (the "Judgment Amount").

2. Hess Corporation shall forbear collection of the Judgment Amount until all appeals in this case are exhausted. Once all appeals are exhausted, execution shall issue.

3. Dalton shall pay the Judgment Amount to Hess in one single payment on or before 14 days after the date all appeals in this case are exhausted.

4. If Dalton fails to timely pay the Judgment Amount, Hess is authorized to take any necessary action, as permitted by law, to execute and collect on this Agreed Final Judgment.

5. This Agreed Final Judgment shall bear post-judgment interest in the maximum rate allowed by law from 14 days after all appeals in this case are exhausted.

16565142_2

6. Dalton and any of its agents or assigns are PROHIBITED and ENJOINED from encumbering, transferring, having a lien on, hypothecating, or pledging any assets required to make payment to Hess under this Agreed Final Judgment.

7. Costs of Court as between Dalton and Hess are taxed against the party incurring them.

8. The Court directs the clerk to enter this AGREED FINAL JUDGMENT only as to Defendant Hess Corporation and against Dalton Logistics, Inc.

OCT 2 6 2017
Date

The Honorable Alfred H. Bennett
United States District Judge

APPROVED AS TO FORM & SUBSTANCE:

/s/ Michael J. Mazzone
Michael J. Mazzone
Federal I.D. No. 4267
Texas Bar No. 13313000
Mini Kapoor
Federal I.D. No. 1692359
Texas Bar No. 24080969
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone (713) 547-2064
Facsimile (713) 236-5631
ATTORNEY-IN-CHARGE FOR DEFENDANT
HESS CORPORATION

/s/ Lawrence Rothenberg
Lawrence Rothenberg
LAWRENCE S. ROTHENBERG
9525 Katy Freeway, Suite 300
Houston, Texas 77024
Rothenberg2@aol.com
ATTORNEY FOR DALTON LOGISTICS, INC.