United States District Court
Southern District of Texas
**ENTERED**
December 01, 2017
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNIVERSAL TRUCKLOAD, INC. | § | |
| | § | |
| v. | § | |
| | § | Civil No. 4:15-cv-01651 |
| DALTON LOGISTICS, INC., et al. | § | |

### AGREED FINAL JUDGMENT AGAINST DALTON LOGISTICS, INC.

Defendant Dalton Logistics, Inc. ("Dalton") and Defendant Helmerich & Payne IDC (H&P) have reached an agreement to resolve their differences and enter into this Agreed Final Judgment.

It is ORDERED, ADJUDGED and DECREED that Defendant Helmerich & Payne IDC have judgment against Defendant Dalton Logistics, Inc., in the amount of Two Hundred Thousand and no/100 Dollars ($200,000.00).

It is further ORDERED, ADJUDGED and DECREED that H&P shall forbear collection of the judgment until all appeals in this case are exhausted. Once all appeals are exhausted, execution shall issue.

It is further ORDERED and DECREED that Dalton shall pay the Final Judgment to H&P in one single payment on or before 14 days after the date all appeals in this case are exhausted.

It is further ORDERED and DECREED that if Dalton fails to timely pay the Final Judgment, H&P is authorized to take all necessary action, as permitted by law, to execute and collect on this Final Judgment.

It is further ORDERED and DECREED that this Judgment shall bear post-judgment interest at the maximum rate allowed by law beginning 14 days after all appeals in this care are exhausted.

It is further ORDERED and DECREED that Dalton and all of its agents or assigns are prohibited and enjoined from encumbering, transferring, having a lien on, hypothecating, or pledging any assets required to make payment to H&P under this Final Judgment.

All costs of Court as between Dalton and H&P are taxed against the party incurring them.

The court orders execution to issue for this judgment if and when the Judgment remains unpaid after expiration of the appeal as set forth above.

The court directs the clerk to enter this FINAL JUDGMENT only as to Helmerich & Payne IDC and against Dalton Logistics, Inc., with an express finding by the Court that there is no just reason for delay.

SIGNED on November 30, 2017.

_____
The Honorable Alfred H. Bennett
United States District Judge